UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| HANNAH LAWLOR | : |
| VS. | : CIVIL ACTION NO. |
| FAIRFIELD UNIVERSITY | : JANUARY 19, 2021 |

## C O M P L A I N T

1. This is an action by a female student against an institution of higher learning which is the recipient of federal funds for knowingly failing and refusing to protect the plaintiff from continued contact with the m ale student who sexually assaulted her.

2. Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 of the United States Code.

3. The defendant is a private university located in Fairfield, Connecticut. It is the recipient of federal funds for its educational and related programs.

4. The plaintiff is a woman over the age of 18 who is and at all pertinent times was a student at the defendant university.

5. On or about March 4, 2018, in a dormitory owned and operated by the defendant on its campus in Fairfield, Connecticut, a male student at the

defendant university, Damien Osborne, sexually assaulted the plaintiff.

6. The plaintiff reported the said sexual assault to the appropriate officials of the defendant and repeatedly asked to be protected from contact with her assailant.

7. Despite these facts, and despite its legal obligation to do so, the defendant thereafter failed and refused to protect the plaintiff from contact with the perpetrator, with the result that she repeatedly was forced to encounter him on campus.

8. Even after the defendant, through its designated officials, had confirmed that indeed Damien Osborne had sexually assaulted the plaintiff on campus, the defendant still permitted him to be on campus and have the opportunity to interact with the plaintiff during an additional week.  As a result, the plaintiff had a face-to-face encounter with him just as she was entering her classroom to take a final examination in May of 2018.

8. As a result of the defendant's aforesaid failure and refusal to protect her, the plaintiff has suffered ongoing fear, anxiety, humiliation, and emotional distress which has had an adverse impact upon her studies.

9. In the manner described above, the defendant has, on the basis of the plaintiff's sex, excluded her from participation in, denied her the benefits of, and subjected her to discrimination under an education program or activity receiving

federal financial assistance in violation of Title IX of the Educational Amendments of 1972, Sections 1661 - 1688 of Title 20 of the United States Code.

WHEREFORE, the plaintiff claims judgment against the defendant for compensatory damages, punitive damages, attorney fees and costs and such additional relief as equity may permit and the court deem to be fair and reasonable.

THE PLAINTIFF

BY: _____/s/_____ John R. Williams
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
jrw@johnrwilliams.com