**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| HANNAH LAWLOR, | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:21-CV-00071-JBA |
| v. | : | |
| | : | |
| FAIRFIELD UNIVERSITY, | : | |
| Defendant. | : | MARCH 25, 2021 |
| | : | |

## ANSWER AND AFFIRMATIVE DEFENSES

The Defendant Fairfield University ("Defendant") submits this Answer and Affirmative

Defenses to Plaintiff's Complaint, filed January 18, 2021.  Any allegation not specifically

addressed herein is denied.

1.     The allegations of Paragraph 1 are denied.

2.     The allegations of Paragraph 2 are legal conclusions, to which no response is

required.

3.     The allegations of Paragraph 3 are admitted.

4.     The allegations of Paragraph 4 are admitted.

5.     Defendant is statutorily required to maintain the confidentiality of the records of

its students.  Therefore, as to Paragraph 5, Plaintiff is left to her proof.

6.     Defendant is statutorily required to maintain the confidentiality of the records of

its students.  Therefore, as to Paragraph 6, Plaintiff is left to her proof.

7.     Defendant is statutorily required to maintain the confidentiality of the records of

its students.  Therefore, as to Paragraph 7, Plaintiff is left to her proof.

8.     Defendant is statutorily required to maintain the confidentiality of the records of

its students.  Therefore, as to Paragraph 8, Plaintiff is left to her proof.

125068650.1

8 [sic].[1] The allegations of Paragraph 8 are denied.

9.      The allegations of Paragraph 9 are denied.

## AFFIRMATIVE DEFENSES

As and for separate and affirmative defenses and avoidances to the Complaint, Defendant alleges as follows; provided however, that by alleging the matters set forth in these defenses, Defendant does not thereby allege or admit that it has the burden of proof or persuasion with respect to any of these matters:

**FIRST AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

If damaged, Plaintiff failed to make reasonable efforts to mitigate her damages.

**THIRD AFFIRMATIVE DEFENSE**

Defendant's actions were justified by legitimate, non-discriminatory reasons.

**FOURTH AFFIRMATIVE DEFENSE**

Defendant has proper policies and procedures in place to prevent and remedy claims of sex discrimination and actively enforces such policies and procedures.

**FIFTH AFFIRMATIVE DEFENSE**

Defendant acted in good faith at all times in its dealings with Plaintiff and did not engage in willful, wanton, malicious, or reckless conduct so as to justify an award of punitive damages.

---

[1] Plaintiff's Complaint contains two successive paragraphs labeled "8."

THE DEFENDANT,
FAIRFIELD UNIVERSITY


By:        */s/ Jonathan C. Sterling*
               James M. Sconzo, Esq. (ct04571)
               Jonathan C. Sterling, Esq. (ct24576)
               CARLTON FIELDS, P.A.
               One State Street
               Suite 1800
               Hartford, CT  06103
               Telephone:  860-392-5000
               Facsimile:  860-392-5058
               Email: jsconzo@carltonfields.com
               jsterling@carltonfields.com
               Its Attorneys

125068650.1

3

## **CERTIFICATION**

This is to certify that on this 25th day of March, 2021, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system:

John R. Williams, Esq.
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
jrw@johnrwilliams.com


                                                              */s/Jonathan C. Sterling*
                                                              Jonathan C. Sterling